IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

STEVE SHANNON                )
                             )
        Plaintiff,            )   Case No. 5:15-cv-471-W
                             )
v.                           )
                             )
TRANSFORCE, INC.,            )
                             )
        Defendant.            )

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Steve Shannon, hereby stipulates with Defendant, TransForce, Inc., that his claims in the above-styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

Dated this 29th day of January, 2016.

Respectfully submitted,

s/ O. John Norris
O. John Norris, III, Esq.*
Eileen Kuo, Esq.*
Jackson Lewis, P.C.
999 Shady Grove Rd., Suite 110
Memphis, TN 38120
Telephone: (901) 462-2600
Facsimile: (901) 462-2626
Email: norrisj@jacksonlewis.com
       eileen.kuo@jacksonlewis.com

Sam R. Fulkerson, Esq.
McAfee & Taft
A Professional Corporation
10th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621

Steve Shannon
PO Box 94823
Oklahoma City, OK 73143
Telephone: (405) 412-8940
Steve_shannon@rocketmail.com

*Plaintiff*

Facsimile: (405) 235-0439
Email: sam.fulkerson@mcafeetaft.com
*Local Counsel for Defendant*
*Transforce, Inc.*

*Attorneys for Defendant Transforce, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this ~~29th~~ 1st day of ~~January~~ February, 2016, I served the foregoing upon the following counsel of record via email and U.S. Mail, postage prepaid:

Robert J. Wagner
Jon Gores
Wagner & Wagner
4401 N. Classen Blvd., Suite 100
Oklahoma City, OK 73119-5038
*Attorneys for Plaintiff, pending motion to withdraw*

Steve Shannon
PO Box 94823
Oklahoma City, OK 73143
*Plaintiff*

                                       s/O. John Norris
                                       O. John Norris